**Electronically Filed
Supreme Court
SCWC-15-0000907
20-MAR-2017
11:01 AM**

SCWC-15-0000907

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

JAMES DEMARCO and CHERYL DEMARCO,
Respondents/Plaintiffs-Appellants,
vs.
MAUI BEACH RESORT LIMITED PARTNERSHIP, a Delaware limited
partnership; NORTHWEST MAUI CORPORATION, a Delaware corporation,
Petitioners/Defendants-Appellees,
and
FIDELITY NATIONAL TITLE & ESCROW OF HAWAII,
a Hawai'i corporation; TITLE GUARANTY ESCROW SERVICES, INC.,
a Hawai'i corporation, Defendants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000907 and CAAP-15-0000588; CIV. NO. 10-1-1315)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)


Petitioners/Defendants-Appellees Maui Beach Resort Limited
Partnership and Northwest Maui Corporation's application for
writ of certiorari filed on February 3, 2017, is hereby
rejected.

DATED:  Honolulu, Hawai'i, March 20, 2017.


/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

